UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

In re:

OTTO AND KAREN STOKES,                    Case No.  11-30768-KKS
                                          (Chapter 7)


_____ Debtor    /


### TRUSTEE'S NOTICE OF FINAL DIVIDENDS TO CREDITORS

    The trustee herein files this Notice of Dividends to the creditors of this estate.  Attached hereto is the Trustee's Final Dividend made to creditors.

    The dividend checks were mailed to creditors on December 19, 2013.  If checks are not cashed within 90 days by the creditors, all remaining funds will be deposited into the registry of the Court pursuant to F.R.B.P. 3009.

                              /s/ John E.  Venn, Jr.
                              JOHN E. VENN, JR.
                              FL Bar No. 184992
                              220 W. Garden St.
                              Suite 603
                              Pensacola, FL 32501
                              (850) 438-0005
                              johnevennjrpa@aol.com

**FINAL DISTRIBUTION**

## PROPOSED DISTRIBUTION

Case Number: 11-30768KKS                         Page   1                          Date: December 18, 2013
Debtor Name: STOKES, OTTO III \ STOKES, KAREN LOUISE

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| | Beginning Balance | | | | | | | $9,846.05 |
| | **Claim Type C01 - Trustee Fees** | | | | | | | |
| | JOHN E. VENN, JR., TRUSTEE COMPENSATION | Admin | 010 | $0.00 | $0.00 | $0.00 | $0.00 | $9,846.05 |
| | **Subtotal For Claim Type C01** | | | $0.00 | $0.00 | $0.00 | $0.00 | |
| | **Claim Type C13 - Special Counsel - Comp** | | | | | | | |
| | Kevin Hausfeld, P.A.<br>114 E. Gregory St.<br>Pensacola, FL 32502 | Admin | 010<br>Percent Paid: 43.19325 % | $4,000.00 | $0.00 | $4,000.00 | $1,727.73 | $8,118.32 |
| | **Subtotal For Claim Type C13** | | | $4,000.00 | $0.00 | $4,000.00 | $1,727.73 | |
| | **Claim Type C14 - Other Professional - Comp** | | | | | | | |
| | J. Mark Renfroe, DC<br>1421 E. Nine Mile Rd.<br>Pensacola, FL 32514 | Admin | 010<br>Percent Paid: 43.19308 % | $12,519.62 | $0.00 | $12,519.62 | $5,407.61 | $2,710.71 |
| | **Subtotal For Claim Type C14** | | | $12,519.62 | $0.00 | $12,519.62 | $5,407.61 | |
| | **Claim Type E01 - Trustee Expenses** | | | | | | | |
| | JOHN E. VENN, JR., TRUSTEE EXPENSES | Admin | 010 | $0.00 | $0.00 | $0.00 | $0.00 | $2,710.71 |
| | **Subtotal For Claim Type E01** | | | $0.00 | $0.00 | $0.00 | $0.00 | |
| | **Claim Type E13 - Special Counsel - Exp** | | | | | | | |
| | Kevin Hausfeld, PA<br>114 E. Gregory St.<br>Pensacola, FL 32502 | Admin | 010<br>Percent Paid: 43.19313 % | $6,275.79 | $0.00 | $6,275.79 | $2,710.71 | $0.00 |
| | **Subtotal For Claim Type E13** | | | $6,275.79 | $0.00 | $6,275.79 | $2,710.71 | |
| | Subtotals For Class Administrative   43.19313 % | | | $22,795.41 | $0.00 | $22,795.41 | $9,846.05 | |
| | **Claim Type U00 - Unsecured-No Description** | | | | | | | |
| 000001 | Pensacola Government Federal CRedit Union<br>c/o D. Tyler Van Leuven<br>P.O. Box 4128<br>Tallahassee, FL 32315 | Unsec | 050<br>Percent Paid: 0.00000 % | $17,603.03 | $0.00 | $17,603.03 | $0.00 | $0.00 |

**FINAL DISTRIBUTION**

## PROPOSED DISTRIBUTION

Case Number: 11-30768KKS                                     Page  2                                     Date: December 18, 2013
Debtor Name: STOKES, OTTO III \ STOKES, KAREN LOUISE

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---------|-----------|-------|----------|--------|--------------|---------------|---------------|-----------------|
| **Claim Type U00 - Unsecured-No Description** | | | | | | | | |
| 000002 | John & Barbara Thompson<br>1725 Guenther Road<br>Lansing, MI 48917-8523 | Unsec | 050<br>Percent Paid: 0.00000 % | $8,000.00 | $0.00 | $8,000.00 | $0.00 | $0.00 |
| 000003 | Capital One,N.A<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas,Tx 75374 | Unsec | 050<br>Percent Paid: 0.00000 % | $3,328.53 | $0.00 | $3,328.53 | $0.00 | $0.00 |
| 000004 | Chase Bank USA NA<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsec | 050<br>Percent Paid: 0.00000 % | $6,487.18 | $0.00 | $6,487.18 | $0.00 | $0.00 |
| 000005 | Lori Jarman<br>8351 Mobile Hwy.<br>Pensacola FL 32526 | Unsec | 050<br>Percent Paid: 0.00000 % | $4,000.00 | $0.00 | $4,000.00 | $0.00 | $0.00 |
| 000006 | Chase Bank USA NA<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsec | 050<br>Percent Paid: 0.00000 % | $6,603.05 | $0.00 | $6,603.05 | $0.00 | $0.00 |
| 000007 | SALLIE MAE INC, ON BEHALF OF THE DEPARTMENT OF EDUCATION<br>DOE<br>P.O. BOX 740351<br>ATLANTA, GA 30374-0351 | Unsec | 050<br>Percent Paid: 0.00000 % | $19,078.80 | $0.00 | $19,078.80 | $0.00 | $0.00 |
| 000008 | PYOD LLC its successors and assigns as assignee of Citibank, NA<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | Unsec | 050<br>Percent Paid: 0.00000 % | $15,797.12 | $0.00 | $15,797.12 | $0.00 | $0.00 |
| 000009 | PYOD LLC its successors and assigns as assignee of Citibank, NA<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | Unsec | 050<br>Percent Paid: 0.00000 % | $617.37 | $0.00 | $617.37 | $0.00 | $0.00 |
| 000010 | GE Money Bank<br>c/o Recovery Management<br>Systems Corporat | Unsec | 050<br>Percent Paid: 0.00000 % | $5,677.83 | $0.00 | $5,677.83 | $0.00 | $0.00 |

**FINAL DISTRIBUTION**

## PROPOSED DISTRIBUTION

Case Number: 11-30768KKS                    Page   3                    Date: December 18, 2013
Debtor Name: STOKES, OTTO III \ STOKES, KAREN LOUISE

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---------|-----------|-------|----------|--------|--------------|---------------|---------------|-----------------|
| | **Claim Type U00 - Unsecured-No Description** | | | | | | | |
| | 25 SE 2nd Ave Suite 1120 Miami FL 33131-1605 | | | | | | | |
| 000011 | GE Money Bank c/o Recovery Management Systems Corporat 25 SE 2nd Ave Suite 1120 Miami FL 33131-1605 | Unsec | 050 Percent Paid: 0.00000 % | $305.43 | $0.00 | $305.43 | $0.00 | $0.00 |
| 000012 | Midland Funding LLC By its authorized agent Recoser, LLC 25 SE 2nd Ave, Suite 1120 Miami, FL 33131-1605 | Unsec | 050 Percent Paid: 0.00000 % | $944.70 | $0.00 | $944.70 | $0.00 | $0.00 |
| 000013 | Midland Funding LLC By its authorized agent Recoser, LLC 25 SE 2nd Ave, Suite 1120 Miami, FL 33131-1605 | Unsec | 050 Percent Paid: 0.00000 % | $1,353.64 | $0.00 | $1,353.64 | $0.00 | $0.00 |
| 000014 | Capital One, N.A. Bass & Associates, P.C. 3936 E. Ft. Lowell Road, Suite #200 Tucson, AZ 85712 | Unsec | 050 Percent Paid: 0.00000 % | $2,729.74 | $0.00 | $2,729.74 | $0.00 | $0.00 |
| | **Subtotal For Claim Type U00** | | | $92,526.42 | $0.00 | $92,526.42 | $0.00 | |
| | Subtotals For Class Unsecured | | 0.00000 % | $92,526.42 | $0.00 | $92,526.42 | $0.00 | |
| | << Totals >> | | | $115,321.83 | $0.00 | $115,321.83 | $9,846.05 | $0.00 |

Proposed distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this proposed distribution.